KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-7169

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GURBAX SINGH CHANDI, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> MICHAEL CHERTOFF, Secretary, ) <br> Department of Homeland Security; ) <br> CHARLES DEMORE, District Director, ) <br> Immigration and Customs Enforcement; ) <br> NANCY ALCANTAR, Field Office ) <br> Director, Immigration and Customs ) <br> Enforcement; and ALBERTO ) <br> GONZALES, Attorney General of the ) <br> United States, ) <br> ) <br> Respondents. ) <br> ) | No. C 05-1236-MMC <br><br> **STIPULATION TO HOLD CASE IN ABEYANCE; ORDER THEREON** |

    The petitioner, by and through his attorney of record, and respondents, by and through their attorneys of record, hereby stipulate to hold the above-captioned case in abeyance because, on April 22, 2005, the United States Immigration and Customs Enforcement (formerly, the Immigration and Naturalization Service) filed a motion with the Board of Immigration Appeals (BIA) to reopen the petitioner's removal proceedings and to remand to the Immigration Court in light of the fact that the petitioner's January 15, 2002 conviction for Receiving Stolen Property in violation of California Penal Code § 496 was recently vacated

STIPULATION TO HOLD CASE IN ABEYANCE
C 05-1236-MMC                                              1

on constitutional grounds. If the BIA reopens the petitioner's removal proceedings and remands to the Immigration Court, the claims raised in the petitioner's Petition for Writ of Habeas Corpus may be moot.

The parties will promptly notify this Court of the outcome of the United States Immigration and Customs Enforcement's motion to reopen and remand and, if the matter is reopened and remanded to the Immigration Court, of the outcome of those proceedings.

The respondents agree not to remove the petitioner from the United States until further order of this Court.

Date: April 25, 2005                               Respectfully submitted,

                                                   KEVIN V. RYAN
                                                   United States Attorney

                                                        /s/
                                                   EDWARD A. OLSEN[1]
                                                   Assistant United States Attorney
                                                   Attorneys for Respondents

Date: April 25, 2005                                    /s/
                                                   JAMES TODD BENNETT
                                                   Attorney for Petitioner

## ORDER

Pursuant to stipulation, IT IS SO ORDERED. The parties shall file a joint status report no later than August 26, 2005.

Date: April 27, 2005                                /s/ Maxine M. Chesney
                                                   MAXINE M. CHESNEY
                                                   United States District Judge

---

[1] I, Edward A. Olsen, attest that both Attorney Bennett and I have signed this stipulation and will produce the original signed copies upon request.

STIPULATION TO HOLD CASE IN ABEYANCE
C 05-1236-MMC                                      2