1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-6915
       FAX: (415) 436-7169
7
   Attorneys for Respondents
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12

   GURBAX SINGH CHANDI,              )     No. C 05-1236-MMC
13                                    )
          Petitioner,                 )     **STIPULATION TO DISMISS; ORDER**
14                                    )     **THEREON**
       v.                             )
15                                    )
   MICHAEL CHERTOFF, Secretary,       )
16 Department of Homeland Security;   )
   CHARLES DEMORE, District Director, )
17 Immigration and Customs Enforcement; )
   NANCY ALCANTAR, Field Office       )
18 Director, Immigration and Customs  )
   Enforcement; and ALBERTO           )
19 GONZALES, Attorney General of the  )
   United States,                     )
20                                    )
          Respondents.                )
21 _____ )

22      The petitioner, by and through his  attorney of record, and respondents, by and through

23 their attorneys of record, hereby stipulate to dismiss the above-captioned case in light of the

24 fact that the Board of Immigration Appeals (BIA) has reopened the petitioner's removal

25 proceedings.

26

27

28

   STIPULATION TO DISMISS
   C 05-1236-MMC                          1

1    Date: June 17, 2005                              Respectfully submitted,

2
                                                      KEVIN V. RYAN
3                                                     United States Attorney

4
                                                           /s/
5                                                     EDWARD A. OLSEN[1]
                                                      Assistant United States Attorney
6                                                     Attorneys for Respondents

7

8
     Date: June 17, 2005                                   /s/
9                                                     JAMES TODD BENNETT
                                                      Attorney for Petitioner
10

11                                                    **ORDER**

12
             Pursuant to stipulation, IT IS SO ORDERED.
13

14
     Date:   June 20, 2005                             /s/ Maxine M. Chesney
15                                                    MAXINE M. CHESNEY
                                                      United States District Judge
16

17

18

19

20

21

22

23

24

25

26

27
     ─────────────────
             [1]I, Edward A. Olsen, attest that both Attorney Bennett and I have signed this stipulation
28   and will produce the original signed copies upon request.

     STIPULATION TO DISMISS
     C 05-1236-MMC                                2